UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON CRAWFORD,<br><br>               Petitioner,<br><br>     v.<br><br>MARTIN BITER, Acting Warden,<br><br>               Respondent. | ) NO. CV 11-10352 JAK (SS)<br>)<br>) **ORDER ACCEPTING FINDINGS,**<br>)<br>) **CONCLUSIONS AND RECOMMENDATIONS OF**<br>)<br>) **UNITED STATES MAGISTRATE JUDGE**<br>)<br>) |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed Respondent's Motion to Dismiss, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge.

\\

\\

\\

\\

\\

1    **IT IS ORDERED** that Respondent's Motion to Dismiss is denied and
2 Respondent shall file an answer to the Petition within 30 days.

4    **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order on
5 Petitioner and counsel for Respondent.

7 Dated: April 12, 2012

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

2