**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| BRANDON CRAWFORD, | ) | NO. CV 11-10352 JAK (SS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| KELLY HARRINGTON, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: May 22, 2013

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE